2006 -- H 7935 SUBSTITUTE A

LC02854/SUB A/3

# STATE OF RHODE ISLAND

IN GENERAL ASSEMBLY

JANUARY SESSION, A.D. 2006

## JOINT RESOLUTION

TO APPROVE AND PUBLISH AND SUBMIT TO THE ELECTORS A PROPOSITION OF AMENDMENT TO THE CONSTITUTION OF THE STATE TO PERMIT A RESORT CASINO IN WEST WARWICK, RHODE ISLAND, TO BE PRIVATELY OWNED AND OPERATED IN ASSOCIATION WITH THE NARRAGANSETT INDIAN TRIBE

Introduced By: Representatives Williamson, Moura, Williams, Malik, and Palumbo

Date Introduced: March 23, 2006

Referred To: House Finance

WHEREAS, The General Assembly has sought to empower the citizens of the State of Rhode Island with the right to determine by a vote of the people on the question whether to authorize the creation and operation of a resort casino in Rhode Island that would be competitive with resort casinos in other jurisdictions; and

WHEREAS, The Rhode Island Supreme Court has ruled that, without an amendment to the Constitution, a resort casino in Rhode Island cannot be privately owned and operated; and

WHEREAS, The right of the citizens of Rhode Island to vote on the question whether a privately owned and operated resort casino shall be permitted in this state remains a question of great public importance and the General Assembly believes that the resolution of the issue should rest with the citizenry and not the Courts, the Executive, or any other third party; and

WHEREAS, It is in the interest of all sides in the public-policy debate, it is in the interest of legislative and judicial economy, and it is in fairness to the citizens of this state that the constitutionality and authorization of a resort casino in West Warwick, Rhode Island, to be privately owned and operated in association with the Narragansett Indian Tribe, be finally decided by the vote of the citizens of Rhode Island in a local and statewide referendum at the next statewide general election; and

WHEREAS, The General Assembly believes that a resort casino in West Warwick will provide competition with resort casinos in nearby jurisdictions that is not currently being

provided by existing video-lottery facilities in the state; and

WHEREAS, The General Assembly believes that a resort casino in West Warwick will create jobs and other economic benefits; and

WHEREAS, The General Assembly believes that the property-tax burden on the citizens of this state has reached a level that requires relief, and therefore the General Assembly believes that if the citizens approve the West Warwick resort casino, the tax proceeds from that resort casino should be dedicated to property-tax relief for the citizens of the state; and

WHEREAS, The majority of all members elected to each house of the general assembly are committed to granting to the electors of Rhode Island the right to vote on the establishment of a resort casino and games therein in West Warwick, Rhode Island, with such resort casino to be privately owned and operated in association with the Narragansett Indian Tribe, and to ensure that such resort casino and games therein being voted on be constitutional under the laws of Rhode Island; and, now, therefore, be it

RESOLVED, That a majority of all members elected to each house of the general assembly voting therefore, an amendment to Article VI of the Constitution of the state shall be proposed to the qualified electors of the state for their approval in accordance with the provisions of Article XIV of the Constitution, and upon such approval, new section 23, set forth below, be added to and included in Article VI of the Constitution; and that said proposition of amendment shall be submitted to the electors for their approval or rejection at the next statewide general election, and said proposition of amendment shall appear on the ballots as the first referendum question and shall be preceded by the following explanation and space to "approve" or "reject", all of which shall be in substantially the following form:

1. CONSTITUTIONAL AMENDMENT – RESORT CASINO

Approval of the amendment set forth below will authorize a resort casino in the Town of West Warwick, to be privately owned and privately operated in association with the Narragansett Indian Tribe, with tax proceeds from the casino being dedicated to property-tax relief.

APPROVE ________

REJECT ________

A new section 23 shall be added to and included in Article VI of the Constitution to read as follows:

Section 23. Resort Casino - - Notwithstanding sections 15 and 22 of this Article, and provided that a majority of the electors of the Town of West Warwick have voted to approve this amendment, the establishment of a resort casino and games located therein is authorized in the Town of West Warwick. The resort casino shall be privately owned and privately operated by a

business entity established pursuant to Rhode Island law by the Narragansett Indian Tribe and its chosen partner, which entity shall be: (i) legally distinct and separate from the Narragansett Indian Tribe, (ii) subject to the laws of the state of Rhode Island, including regulation and taxation, and (iii) required in its organizing documents to expressly waive any sovereign immunity relating to any and all matters of the resort casino, including compliance with and enforcement of the laws of the state of Rhode Island, and the regulation and taxation thereof. The per annum tax rate shall be established by the general assembly with all of such tax proceeds to be dedicated to property-tax relief, as prescribed by statute.

RESOLVED, That the voting places in the several cities and town shall be kept open during the hours required by law for voting therein for general officers of the state; and be it further

RESOLVED, That the secretary of state shall cause said proposition of amendment to be published as a part of this resolution in the newspapers of the state prior to the date of the said meetings of the said electors; and said proposition shall be inserted in the warrants or notices to be issued previous to said meetings of the electors for the purpose of warning the town, ward, or district meetings, and said proposition shall be read by the town, ward, or district clerks to the electors in the town, ward, or district meetings to be held as aforesaid; and be it further

RESOLVED, That the town, ward, and district meetings to be held aforesaid shall be warned, and the list of voters shall be canvassed and made up, and the said town, ward, and district meetings shall be conducted in the same manner as now provided by law for the town, ward, and district meetings for the election of general officers of the state.

LC02854/SUB A/3