2006 -- H 8132

LC03261

# STATE OF RHODE ISLAND

IN GENERAL ASSEMBLY

JANUARY SESSION, A.D. 2006

## JOINT RESOLUTION

TO APPROVE, PUBLISH AND SUBMIT TO THE ELECTORS A PROPOSITION OF AMENDMENT TO THE CONSTITUTION OF THE STATE TO PERMIT A DESTINATION RESORT CASINO IN RHODE ISLAND, TO BE PRIVATELY OWNED AND PRIVATELY OPERATED, SELECTED BY A COMPETITIVE PROCESS, AND REGULATED AND TAXED BY THE STATE

Introduced By: Representatives Ucci, Voccola, Smith, Gemma, and McCauley

Date Introduced: May 23, 2006

Referred To: House Finance

WHEREAS, The General Assembly seeks to empower the citizens of the State of Rhode Island with the right to determine by a vote of the people the question whether to authorize the establishment and operation of a destination resort casino in Rhode Island that would be competitive with resort casinos in other jurisdictions; and

WHEREAS, The Rhode Island Supreme Court has determined that, without an amendment to the Constitution, a resort casino in Rhode Island cannot be privately owned and privately operated; and

WHEREAS, Nearby states such as Connecticut and Massachusetts have approved or may soon approve gaming operations that attract substantial spending by residents of this state, that divert substantial revenue from existing video lottery facilities in Rhode Island, and that divert substantial tax revenue from this state; and

WHEREAS, Certain municipalities have expressed an interest in hosting a destination resort casino, and the voters should be entitled at statewide and local referenda in the next general election to determine whether a destination resort casino should be established in this state; and

WHEREAS, The General Assembly acknowledges that the establishment of a destination resort casino would generate substantial tax revenue and other economic benefits for Rhode Island, including the creation of jobs and the stimulation of capital investment; and

WHEREAS, The General Assembly believes that a competitive selection process will

determine the most advantageous location for a destination resort casino, identify the most qualified owner and operator thereof, establish the most appropriate tax rate for the gaming revenues therefrom, and best stimulate the investment of capital and creation of jobs by a private developer; and

WHEREAS, The majority of all members elected to each house of the General Assembly is committed to granting to the electors of Rhode Island the right to vote on the establishment of a destination resort casino in Rhode Island, to be privately owned and privately operated by an entity established pursuant to Rhode Island law, selected by a competitive process, and regulated and taxed by the State of Rhode Island, and ensuring that such destination resort casino shall be constitutionally established under the laws of Rhode Island; now, therefore be it

RESOLVED, That by vote of a majority of all members elected to each house of the General Assembly, an amendment to Article VI of the Constitution of the state shall be proposed to the qualified electors of the state for their approval in accordance with the provisions of Article XIV of the Constitution, and upon such approval, new Section 23, set forth below, be added to and included in Article VI of the Constitution, and that said proposition of amendment shall be submitted to the electors for their approval or rejection at the November 2006 general election, and said proposition of amendment shall appear on the ballots as the first referendum question posed and shall be preceded by the following explanation and space to "approve" or "reject", all of which shall be in substantially the following form:

1. CONSTITUTIONAL AMENDMENT – DESTINATION RESORT CASINO

Approval of this amendment will authorize a single destination resort casino to be located in a municipality that approves such destination resort casino, to be privately owned and privately operated, selected by a competitive process, and regulated and taxed by the State of Rhode Island.

APPROVE__________

REJECT____________

A new Section 23 shall be added to and included in Article VI of the Constitution of the State of Rhode Island to read as follows:

Section 23. Destination Resort Casino. Notwithstanding the provisions of Sections 15 and 22 of this Article, the establishment of a single destination resort casino is hereby authorized in a host municipality, provided that a majority of the electors voting in such municipality, in a local referendum in the November 2006 general election, has voted to approve such destination resort casino. The single destination resort casino shall be privately owned and privately operated by an entity established pursuant to Rhode Island law, shall be selected by a competitive process, and shall be subject to regulation and taxation by the State of Rhode Island; and be it further

RESOLVED, That in furtherance of the statewide referendum on said proposition of amendment, and notwithstanding any other provision of Rhode Island law pertaining to local referenda, a majority of all members elected to each house of the General Assembly hereby authorizes a local referendum or local referenda in a municipality or municipalities in accordance herewith on the following question: "Shall a destination resort casino be established in this municipality?"; and be it further

RESOLVED, That any municipality desiring to be considered in the November 2006 general election as a location for a destination resort casino shall adopt a resolution of the municipality for a local referendum in the November 2006 general election posing the question set forth above; and the local board of canvassers of such municipality shall then forthwith certify said local referendum question to the secretary of state on or before August 9, 2006, shall submit said local referendum question to the electors of the municipality in the November 2006 general election, and shall then certify the results of the local referendum election to the secretary of state; and be it further

RESOLVED, That the voting places in the several cities and towns shall be kept open during the hours required by law for voting therein for general officers of the state; and be it further

RESOLVED, That the secretary of state shall cause said proposition of amendment to be published as a part of this resolution in the newspapers of the state prior to the date of the said meetings of the said electors; and said proposition and any local referenda questions adopted hereunder shall be inserted in the warrants or notices to be issued previous to said meetings of the electors for the purpose of warning the town, ward, or district meetings, and said proposition and any local referenda questions adopted hereunder shall be read by the town, ward, or district clerks to the electors in the town, ward, or district meetings to be held as aforesaid; and be it further

RESOLVED, That the town, ward, and district meetings to be held aforesaid shall be warned, and the list of voters shall be canvassed and made up, and the said town, ward, and district meetings shall be conducted in the same manner as now provided by law for the town, ward, and district meetings for the election of general officers of the state.

LC03261