UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Ajax Gaming Ventures, LLC and The Town of Johnston, Plaintiffs, | ) | |
| v. | ) | C.A. No. 06-336S |
| Matthew Brown, in his capacity as Secretary of State for the State of Rhode Island, Defendant. | ) | |

**SCHEDULING ORDER**

After conference with the attorneys in this case, it is ordered that:

(1) On or before **July 28, 2006**, the parties shall file their stipulation of facts and stipulation concerning the joint motion to intervene filed by the Narragansett Indian Tribe and Harrah's Operating Company, Inc.;

(2) All briefing related to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction shall be filed on or before **August 2, 2006**;

(3) Although it is not encouraged, the parties may file replies, which shall be limited to two pages, on or before **August 4, 2006**;

(4) Oral argument shall be scheduled in this matter for **August 7, 2006 at 1:00 p.m.**

IT IS SO ORDERED.

William E. Smith
United States District Judge

Date: July 25, 2006