UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AJAX GAMING VENTURES, LLC and THE TOWN OF JOHNSTON, Plaintiff | : | |
| vs. | : | C.A. No: 06-cv-00336-S |
| MATTHEW BROWN, in his capacity as SECRETARY OF STATE for the STATE OF RHODE ISLAND | : | |

**ENTRY OF APPEARANCE**

Richard R. Beretta, Joseph Avanzato and James Hall of Adler Pollock & Sheehan P.C. hereby enter their appearance on behalf of the Defendant, Matthew Brown, in his capacity as Secretary of State for the State of Rhode Island.

MATTHEW BROWN, in his capacity as
SECRETARY OF STATE for the
STATE OF RHODE ISLAND
By his Attorneys,

RICHARD R. BERETTA (#4313)
JOSEPH AVANZATO (#4774)
JAMES A. HALL (#6167)
Adler Pollock & Sheehan PC
One Citizens Plaza – 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607
Dated: 7-25-06

4

**CERTIFICATION**

TO: Douglas Giron, Esq.
Preston Halperin, Esq.
Schectman Halperin Savage
1080 Main Street
Pawtucket, RI 02860

Jack Killoy, Esq.
74 Main Street
Wakefield, RI 02879

Lauren Jones, Esq.
72 South Main Street
Providence, RI 02903

Christopher E. Friel, Esq.
600 Tollgate Road
Warwick, RI 02886

Andrew M. Hodgkins, Esq.
Executive Counsel
Office of the Governor
State House – Room 115
Providence, RI 02903

Thomas Dickinson, Esq.
1312 Atwood Avenue
Johnston, RI 02919

David Baricelli, Esq.
Hinckley Allen & Snyder
1500 Fleet Center
Providence, RI 02903

Richard Kearns, Esq.
Chief Legal Counsel
Office of the Speaker
Route 323
Providence, RI 02903

William Carnes, Esq.
Legal Counsel
Office of the Senate President
318 State House
Providence, RI 02903

Patrick Lynch, Esq.
Office of the Attorney General
150 South Main Street
Providence, RI 02903

I hereby certify that I caused a true copy of the within, to be sent via hand-delivery and regular mail, postage prepaid to the above-named counsel of record on this 25th day of July, 2006.

Lois J. Verria

388493_1.doc

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AJAX GAMING VENTURES, LLC and THE TOWN OF JOHNSTON, Plaintiff | : | |
| vs. | : | C.A. No: 06-cv-00336-S |
| MATTHEW BROWN, in his capacity as SECRETARY OF STATE for the STATE OF RHODE ISLAND | : | |

**ENTRY OF APPEARANCE**

Richard R. Beretta, Joseph Avanzato and James Hall of Adler Pollock & Sheehan P.C. hereby enter their appearance on behalf of the Defendant, Matthew Brown, in his capacity as Secretary of State for the State of Rhode Island.

MATTHEW BROWN, in his capacity as
SECRETARY OF STATE for the
STATE OF RHODE ISLAND
By his Attorneys,

RICHARD R. BERETTA (#4313)
JOSEPH AVANZATO (#4774)
JAMES A. HALL (#6167)
Adler Pollock & Sheehan PC
One Citizens Plaza – 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607
Dated: 7.26.06

**CERTIFICATION**

TO: Douglas Giron, Esq.
Preston Halperin, Esq.
Schectman Halperin Savage
1080 Main Street
Pawtucket, RI 02860

Jack Killoy, Esq.
74 Main Street
Wakefield, RI 02879

Lauren Jones, Esq.
72 South Main Street
Providence, RI 02903

Christopher E. Friel, Esq.
600 Tollgate Road
Warwick, RI 02886

Andrew M. Hodgkins, Esq.
Executive Counsel
Office of the Governor
State House – Room 115
Providence, RI 02903

Thomas Dickinson, Esq.
1312 Atwood Avenue
Johnston, RI 02919

David Baricelli, Esq.
Hinckley Allen & Snyder
1500 Fleet Center
Providence, RI 02903

Richard Kearns, Esq.
Chief Legal Counsel
Office of the Speaker
Route 323
Providence, RI 02903

William Carnes, Esq.
Legal Counsel
Office of the Senate President
318 State House
Providence, RI 02903

Patrick Lynch, Esq.
Office of the Attorney General
150 South Main Street
Providence, RI 02903

I hereby certify that I caused a true copy of the within, to be sent via regular mail, postage prepaid to the above-named counsel of record on this 26th day of July, 2006.

Lois J. Verrier

388493_1.doc

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AJAX GAMING VENTURES, LLC and THE TOWN OF JOHNSTON, Plaintiff | : | |
| vs. | : | C.A. No: 06-cv-00336-S |
| MATTHEW BROWN, in his capacity as SECRETARY OF STATE for the STATE OF RHODE ISLAND | : | |

**ENTRY OF APPEARANCE**

Richard R. Beretta, Joseph Avanzato and James Hall of Adler Pollock & Sheehan P.C. hereby enter their appearance on behalf of the Defendant, Matthew Brown, in his capacity as Secretary of State for the State of Rhode Island.

MATTHEW BROWN, in his capacity as
SECRETARY OF STATE for the
STATE OF RHODE ISLAND
By his Attorneys,

RICHARD R. BERETTA (#4313)
JOSEPH AVANZATO (#4774)
JAMES A. HALL (#6167)
Adler Pollock & Sheehan PC
One Citizens Plaza – 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607
Dated: 7-26-06

**CERTIFICATION**

TO: Douglas Giron, Esq.
Preston Halperin, Esq.
Schectman Halperin Savage
1080 Main Street
Pawtucket, RI 02860

Jack Killoy, Esq.
74 Main Street
Wakefield, RI 02879

Lauren Jones, Esq.
72 South Main Street
Providence, RI 02903

Christopher E. Friel, Esq.
600 Tollgate Road
Warwick, RI 02886

Andrew M. Hodgkins, Esq.
Executive Counsel
Office of the Governor
State House – Room 115
Providence, RI 02903

Thomas Dickinson, Esq.
1312 Atwood Avenue
Johnston, RI 02919

David Baricelli, Esq.
Hinckley Allen & Snyder
1500 Fleet Center
Providence, RI 02903

Richard Kearns, Esq.
Chief Legal Counsel
Office of the Speaker
Route 323
Providence, RI 02903

William Carnes, Esq.
Legal Counsel
Office of the Senate President
318 State House
Providence, RI 02903

Patrick Lynch, Esq.
Office of the Attorney General
150 South Main Street
Providence, RI 02903

I hereby certify that I caused a true copy of the within, to be sent via regular mail, postage prepaid to the above-named counsel of record on this 26th day of July, 2006.

Lois J. Vierra

*388493_1.doc*