AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Ajax Gaming Ventures, LLC and The Town of Johnston

V.

Matthew Brown, in his capacity as Secretary of State for the State of Rhode Island

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-336S

TO: (Name and address of Defendant)

Matthew Brown, in his capacity as Secretary of State for the State of Rhode Island
82 Smith Street
State House Room 217
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Douglas A. Giron, Esquire
Shechtman Halperin Savage, LLP
1080 Main Street
Pawtucket, RI 02860

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

7-21-06

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 7-21-06 |
|---|---|
| NAME OF SERVER (PRINT) FRANK V CATTAMERO | TITLE FEDERAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other (specify): SERVED ON MR PATTERSON AUTHORIZED TO ACCEPT AT RI SEC OF STATES OFFICE

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 45 — |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7-21-06
Date

[signature]
Signature of Server

1405 ATWOOD AVE JOHNSTON
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 7-21-06 |
| NAME OF SERVER *(PRINT)* FRANK V CATANZARO | TITLE FEDERAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other (specify): SERVED COPY AT RI ATTORNEY GENERAL'S OFFICE

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 40 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7-21-06
Date

[signature]
Signature of Server

1408 ATWOOD AVE JOHNSTON
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.