UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AJAX GAMING VENTURES, LLC and THE TOWN OF JOHNSTON, Plaintiffs | : | |
| v. | : | 06-cv-00336-S |
| MATTHEW BROWN, in his capacity as SECRETARY OF STATE for the STATE OF RHODE ISLAND, | : | |

**ENTRY OF APPEARANCE**

Now comes the undersigned and enters her appearance for the Amicus, Patrick C. Lynch in his capacity as Attorney General in the above captioned matter.

PATRICK C. LYNCH
ATTORNEY GENERAL

Rebecca Tedford Partington (#3890)
Deputy Chief, Civil Division
150 South Main Street
Providence, Rhode Island 02903
TEL: (401) 274-4400, Extension 2303
FAX: (401) 222-2995

**CERTIFICATE OF SERVICE**

I, hereby certify that on this 28 day of July 2006, I have sent a true and accurate copy of the within Entry of Appearance, via first class mail, postage prepaid, to the following:

John F. Killoy, Jr., Esquire
74 Main Street
Wakefield, RI 02879

Lauren E. Jones, Esquire
Jones Associates
72 South Main Street
Providence, RI 02903

Preston W. Halperin, Esq.
Douglas A. Giron, Esq.
1080 Main Street
Pawtucket, Rhode Island 02860

Joseph Avanzato, Esquire
James A. Hall, Esquire
Adler Pollock & Sheehan, PC
800 Citizens Plaza
Providence, RI 02903-1345