THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AJAX GAMING VENTURES, LLC and THE TOWN OF JOHNSTON, Plaintiffs | : | |
| v. | : | C.A. No. 06-336 S |
| MATTHEW BROWN, in his capacity as SECRETARY OF STATE for the STATE OF RHODE ISLAND, THE NARRAGANSETT INDIAN TRIBE, and HARRAH'S WEST WARWICK INVESTMENT COMPANY, LLC, Defendants | : | |

**AGREED STATEMENT OF FACTS**

The parties in the above-captioned action, pursuant to the Court's July 25, 2006, Scheduling Order and for purposes of the Court's consideration of Plaintiffs' Motion for Preliminary Injunction, submit the following statement of agreed facts. This Statement, along with the Verified Complaint and any affidavits submitted by the parties, constitute the factual assertions of the parties for purposes of said Preliminary Injunction Motion. The parties reserve their rights, in connection with any future proceedings, to contest any "agreed facts" set forth herein, in the event that subsequent discovery discloses different or additional facts.

1. Plaintiff, Ajax Gaming Ventures, LLC ("Ajax") is a Delaware limited liability company with a principal place of business situated in Rhode Island.

2. Plaintiff, the Town of Johnston, is a municipal corporation organized and existing under the laws of the State of Rhode Island.

3. Defendant Matthew Brown is the duly elected Secretary of State for the State of Rhode Island (the "Secretary of State"), and is charged with the duty under Rhode Island law to place properly certified questions on the ballot at the General Election.

4. Defendant, the Narragansett Indian Tribe ("the Tribe") is a federally recognized and acknowledged Indian tribe pursuant to a Federal Register Notice of "Final Determination for Federal Acknowledgment of Narragansett Indian Tribe of Rhode Island" as published in the Federal Register on February 10, 1983.

5. Defendant Harrah's West Warwick Investment Company, LLC ("Harrah's") is a Delaware LLC with a principal place of business situated in Rhode Island.

6. The Tribe and Harrah's have an agreement pertaining to their joint development of a proposed casino in the Town of West Warwick, and together, the Tribe and Harrah's have sought to obtain the right to develop a casino at that location. The proposed West Warwick casino would not be on land designated under federal law as "Tribal land."

7. The Tribe and Harrah's have formed a Rhode Island limited liability company, Narragansett Tribe/Harrah's Casino Project, LLC, for the purpose of owning and operating the proposed West Warwick casino. The Tribe and Harrah's represent that they are the only members of the Rhode Island LLC and that Harrah's is the managing member.

8. In March 2006, legislative proponents of a West Warwick casino introduced in the House Bill No. H 7935, calling for a referendum on constitutional amendment on whether or not to have a privately owned casino located in West Warwick (the "West Warwick Resolution). The West Warwick Resolution passed the House on May 25, 2006, and passed the Senate on June 1, 2006, thereby constituting a Joint Resolution of the General Assembly. The West Warwick Resolution, in its final form (H 7935 Substitute A) is attached hereto as Exhibit A.

9. The referendum question proposed by the West Warwick Resolution is scheduled to be presented to the electorate at the General Election on November 7, 2006.

10. The Town of Johnston, in conjunction with a joint venture of which Ajax was a participant, has sought to have a destination resort casino be allowed in Johnston.

11. On or about May 23, 2006, legislative proponents of a destination resort casino in the Town of Johnston introduced House Bill No. 8132 (the "Johnston Casino Bill). A true copy of the Johnston Casino Bill is attached hereto as Exhibit B. On May 31, 2006, the House tabled said bill for further study. No further action has been taken by the General Assembly with respect to the Johnston Casino Bill.

12. On July 10, 2006, the Governor sought review of the West Warwick Resolution by the Supreme Court of Rhode Island. By Order dated July 13, 2006, the Supreme Court declined to render an opinion. A true copy of the Supreme Court Order is attached hereto as Exhibit C.

13. In accordance with the provisions of Rhode Island law governing the conduct of elections, the Secretary of State is charged with the duty of preparing and furnishing ballots to be used at the General Election.

14. Specifically, with respect to questions to be submitted to the voters, said questions must be certified to the Secretary of State not later than ninety (90) days prior to the election, or not later than August 9, 2006. *See* R.I. Gen. Laws § 17-19-7.

15. Per the terms of the attached July 28, 2006, letter from counsel for the Secretary of State (Exhibit D), August 9, 2006, is a crucial date by which this Court would be required to render a decision on the Preliminary Injunction Motion to avoid the need for the Secretary of State to incur additional printing costs in connection with the November 2006 ballots.

*Signatures on following page*

Respectfully submitted,

AJAX GAMING VENTURES, LLC and
THE TOWN OF JOHNSTON,

By their Attorneys,

SHECHTMAN HALPERIN SAVAGE, LLP

Douglas A. Giron

Preston W. Halperin, R.I. Bar No. 5555
Douglas A. Giron, R.I. Bar No. 2943
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400
(401) 272-1403 (fax)
*phalperin@shslawfirm.com*

NARRAGANSETT INDIAN TRIBE

By its Attorney,

JOHN F. KILLOY, JR.

R.I. Bar No. 3761
74 Main Street
Wakefield, RI 02879
(401) 783-6840
(401) 782-2490) (fax)
*j.killoy@verizon.net*

HARRAH'S OPERATING COMPANY, INC.

By its Attorneys,

JONES ASSOCIATES

Lauren E. Jones, R.I. Bar No. 2141
72 South Main Street
Providence, RI 02903
(401) 274-4446
(401) 274-2805 (fax)
*ljones@appeallaw.com*

MATTHEW BROWN, in his capacity
as SECRETARY OF STATE for the
STATE OF RHODE ISLAND

By his Attorneys,

ADLER POLLOCK & SHEEHAN, PC

James A. Hall

Richard R. Beretta, R.I. Bar No. 4313
James A. Hall, R.I. Bar No. 6167
One Citizens Plaza – 8th Floor
Providence, RI 02903
(401) 274-7200
(401) 351-4606 (fax)
*rberetta@apslaw.com*