ADLER POLLOCK & SHEEHAN P.C.

One Citizens Plaza, 8th floor
Providence, RI 02903-1345
Telephone 401-274-7200
Fax 401-751-0604 / 351-4607

175 Federal Street
Boston, MA 02110-2247
Telephone 617-482-0600
Fax 617-482-0604

www.apslaw.com

July 28, 2006

**VIA HAND DELIVERY**

The Honorable William E. Smith
U.S. District Court
District of Rhode Island
One Exchange Terrace
Federal Building & Courthouse
Providence, RI 02903

**Re: Ajax Gaming Ventures, LLC, et al vs. Matthew Brown, et al**
**C.A. No: 06-cv-00336-S**

Dear Judge Smith,

This letter responds to your request that we consult with the Secretary of State's office as to the possibility and/or costs associated with a dual ballot. For this year's general election, due to myriad local and regional votes and elections, the Secretary of State's office must already prepare 570 "ballot styles" to be distributed throughout Rhode Island prior to the November election.

The cost of printing two different ballots of each of the 570 style types (one with the "constitutional amendment" and one without) would cost the State in excess of $700,000.00. These costs are in addition to the costs associated with altering approximately 15,000 certified "mail-in" ballots.

The Secretary of State is also in the process of preparing 500,000 "Referendum Booklets," which booklets generally explain all referenda (including bond referenda) on the ballot. The cost associated with printing an additional version of the booklet (in English and Spanish) would be in excess of $117,000.00.

With regard to general delays to the ballot and/or booklet printing process, please note the following schedule presented in inverse chronological order. As one readily sees, the August 9th deadline results directly from the fact that the Secretary of State must complete most general election preparations one week prior to final voter registration (Oct. 7th).

| | |
|---|---|
| Oct. 7th: | Last day for voter registration; |
| Oct. 1st: | Deadline for voter receipt of referendum booklets (7 days prior to final registration); |
| Sept. 29th: | Deadline for mailing of referendum booklets (to be received by Oct. 1st); |
| Sept. 22nd: | Deadline for all backs of November ballots to be printed; |

ADLER POLLOCK & SHEEHAN P.C.

| | |
|---|---|
| Sept. 21st: | First day of mailing of referendum booklets; |
| Sept 14th: | Deadline for booklets to be delivered to contract "mailer" for sorting and mailing; |
| Aug. 24th: | Begin printing of final/approved referendum booklets; |
| Aug. 23rd: | Printer to begin printing backs of ballots; |
| Aug. 18th: | Deadline for printer to submit draft final ballot to Sec. of State for approval; |
| Aug. 13th: | Deadline for Sec. of State to forward proposed ballots to printer; |
| Aug. 11th: | Deadline for bond counsel to file referendum explanations with Sec. of State; |
| Aug 9th: | Deadline for agencies to submit referendum explanations to bond counsel. |

It is the Secretary of State's position that any delay in the printing, distribution and/or certification process would result in substantial increased costs to the State. These increased costs are not readily quantifiable in light of the numerous possible scenarios associated with delay. Such delay also adversely impacts the Secretary of State's ability to deliver overseas ballots to soldiers and citizens temporarily living abroad.

We are available at the Court's convenience should your Honor have any questions or require any further information.

Very truly yours,

RICHARD R. BERETTA
JOSEPH AVANZATO
JAMES A. HALL

JAH/ljv

cc: Matthew Brown, Rhode Island Secretary of State
Counsel of Record *(via facsimile and regular mail)*

388685_1.doc

Exhibit D