**CERTIFICATE OF SERVICE**

*I HEREBY CERTIFY* that a true copy of the Supplemental Memorandum was served via electronic mail and/or regular first class mail postage pre-paid to the following Counsel of Record on August 2, 2006:

Richard R. Beretta, Esquire
Joseph Avanzato, Esquire
James A. Hall, Esquire
Adler Pollock & Sheehan, PC
One Citizens Plaza, 8th Floor
Providence, RI 02903
***javazato@apslaw.com***
***rberetta@apslaw.com***
***jhall@apslaw.com***

Jack Killoy, Esquire
74 Main Street
Wakefield, RI 02879
***j.killoy@verizon.net***

Lauren Jones, Esquire
Mark Labollita, Esquire
72 South Main Street
Providence, RI 02903
***ljones@appeallaw.com***
***mlabollita@appeallaw.com***

Andrew M. Hodgkin, Esquire
Executive Counsel
Office of the Governor
State House, Room 115
Providence, RI 02903
***ahodgkin@gov.state.ri.us***

Rebecca Partington, Esquire
Office of the Attorney General
150 South Main Street
Providence, RI 02903
***RPartington@riag.state.ri.us***

*/s/ Preston W. Halperin*
*/s/Douglas A. Giron*