UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AJAX GAMING VENTURES, LLC and THE TOWN OF JOHNSTON, Plaintiffs | : | |
| vs. | : | 06-cv-00336-S |
| MATTHEW BROWN, in his capacity as SECRETARY OF STATE for the STATE OF RHODE ISLAND, Defendant | : | |

## STIPULATION PERMITTING INTERVENTION

The parties to the within matter hereby stipulate that the Narragansett Indian Tribe and Harrah's West Warwick Investment Company, LLC, a wholly owned subsidiary of Harrah's Operating Company, Inc., may jointly intervene as party defendants in this action. Defendants Narragansett Indian Tribe and Harrah's West Warwick Investment Company, LLC, shall answer or otherwise respond to the allegations of the complaint on or before August 18, 2006.

AJAX GAMING VENTURES, LLC and
THE TOWN OF JOHNSTON,
By their attorneys,

SHECHTMAN HALPERIN SAVAGE, LLP

Douglas A. Giron [signature]

Preston W. Halperin #5555
Douglas A. Giron #2943
1080 Main Street
Pawtucket RI 02860
Tel: (401) 272-1400
Fax: (401) 272-1403

MATTHEW BROWN, in his capacity
as SECRETARY OF STATE for the
STATE OF RHODE ISLAND,
By his attorneys,

James A. Hall [signature]

Richard R. Beretta #4313
Joseph Avanzato #4774
James A. Hall #6167
Adler Pollock & Sheehan PC
One Citizens Plaza — 8th Floor
Providence RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607

*signatures continued on next page*

Narragansett Indian Tribe

By its attorney,

**John F. Killoy, Jr. #3761**
74 Main Street
Wakefield, RI 02879
Tel : (401) 783-6840
Fax: (401) 782-2490
*j.killoy@verizon.net*

Harrah's West Warwick Investment Company, LLC
By its attorneys,

**JONES ASSOCIATES**
72 South Main Street
Providence, RI 02903
Tel : (401) 274-4446
Fax: (401) 274-3805

Lauren E. Jones # 2141
*ljones@appeallaw.com*

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 8/7/06