UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AJAX GAMING VENTURES, LLC, et al.<br>Plaintiffs | : | |
| | : | 06-CV-00336-S |
| vs. | : | |
| MATTHEW BROWN, et al.<br>Defendants | : | |

**Stipulation Extending Time to Answer/Respond**

The parties to the within matter hereby stipulate that all defendants including intervening defendants the Narragansett Indian Tribe and Harrah's West Warwick Investment Company, LLC, may have until September 15, 2006, to answer or otherwise respond to the allegations of the First Amended Verified Complaint.

AJAX GAMING VENTURES, LLC
And THE TOWN OF JOHNSTON,

By their attorneys,

SHECHTMAN HALPERIN SAVAGE, LLP

*/s/ Douglas A. Giron*
Preston W. Halperin #5555
phalperin@shslawfirm.com
Douglas A. Giron #2943
dgiron@shslawfirm.com
1080 Main Street
Pawtucket, RI 02860
Tel: (401) 272-1400
Fax: (401) 272-1403

MATTHEW BROWN, in his capacity as SECRETARY OF STATE for the STATE OF RHODE ISLAND,

By his attorney,

ADLER POLLACK & SHEEHAN, PC

*/s/ Joseph Avanzato*
Joseph Avanzato #4774
javanzato@apslaw.com
James A. Hall #6167
jhall@apslaw.com
Richard R. Beretta #4313
rberetta@apslaw.com
Adler Pollock & Sheehan PC
One Citizens Plaza — 8th Floor
Providence RI 02903
Tel : (401) 274-7200
Fax: (401) 351-4607

*signatures continued on next page*

NARRAGANSETT INDIAN TRIBE

By its attorney,

/s/ John F. Killoy, Jr.
John F. Killoy, Jr. #3761
j.killoy@verizon.net
74 Main Street
Wakefield, RI 02879
Tel : (401) 783-6840
Fax: (401) 782-2490

HARRAH'S WEST WARWICK
INVESTMENT COMPANY, LLC

By its attorneys,

JONES ASSOCIATES

/s/ Lauren E. Jones
Lauren E. Jones #2141
ljones@appeallaw.com
72 South Main Street
Providence, RI 02903
Tel : (401) 274-4446
Fax: (401) 274-2805

Approved:

______________________________
W. Smith, U.S. District Judge

Date: