UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AJAX GAMING VENTURES, LLC, et al., | : | |
| Plaintiffs | : | |
| v. | : | C.A. No. 06-336S |
| MATTHEW BROWN, in his capacity as Secretary of State for the State of Rhode Island, et al., | : | |
| Defendants. | : | |

**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT PENDING THE COURT'S DECISION ON DEFENDANTS' MOTION TO STAY**

Defendants Matthew Brown, in his capacity as Secretary of State for the State of Rhode Island, The Narragansett Indian Tribe and Harrah's West Warwick Investment Company, LLC (collectively, "Defendants") hereby move this Court for an extension of time to respond to the First Amended Verified Complaint (the "Complaint"), pending the Court's decision on Defendants' Motion to Stay the Case Pending the Results of the General Election (the "Motion to Stay") (filed contemporaneously herewith).

In their Motion to Stay, Defendants request the Court to stay this action until November 21, 2006, two weeks after the general election. Given that the results of the general election could render this lawsuit moot, entry of the requested stay would conserve judicial and litigant resources.

Defendants' deadline for responding to the Complaint is September 22, 2006. Defendants request this Court to extend that deadline to a date after the Court issues its decision on Defendants' Motion to Stay. Specifically, if the Court denies Defendants'

Motion to Stay, Defendants request a deadline of two weeks after the Court issues its decision; if the Court grants Defendants' Motion to Stay, Defendants request a deadline of November 28, 2006, three weeks after the general election. Granting this Motion would prevent Defendants from expending potentially unnecessary time and resources responding to the Complaint.

This Motion is based on the accompanying Memorandum.

Respectfully submitted,

MATTHEW BROWN, in his capacity as
Secretary of State of the State of Rhode Island
By his Attorneys:

*/s/ Joseph Avanzato*
JOSEPH AVANZATO #4774
javanzato@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604

HARRAH'S WEST WARWICK
INVESTMENT COMPANY, LLC
By its Attorneys:

*/s/ Lauren E. Jones*
LAUREN E. JONES #2141
ljones@appeallaw.com
JONES ASSOCIATES
72 South Main Street
Providence, RI 02903
Tel: (401) 274-4446
Fax: (401) 274-2805

THE NARRAGANSETT INDIAN TRIBE
By its Attorney:

*/s/ John F. Killoy, Jr.*
JOHN F. KILLOY, JR. #3761
j.killoy@verizon.net
74 Main Street
Wakefield, RI 02879
Tel: (401) 783-6840
Fax: (401) 782-2490

Date: September 18, 2006

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 18, 2006, I sent a true copy of the within Defendants' Motion for an Extension of Time to Respond to the Complaint Pending the Court's Decision on Defendants' Motion to Stay by electronic means (ECF) to the following:

Preston W. Halperin, Esq.
phalperin@shslawri.com
Douglas A. Giron, Esq.
dgiron@shslawri.com
Schectman Halperin Savage, LLP
1080 Main Street
Pawtucket, RI 02860.

*/s/ Joseph Avanzato*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AJAX GAMING VENTURES, LLC, et al., | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | C.A. No. 06-336S |
| | : | |
| MATTHEW BROWN, in his capacity as Secretary of State for the State of Rhode Island, et al., | : | |
| | : | |
| Defendants. | : | |

**MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT PENDING THE COURT'S DECISION ON DEFENDANTS' MOTION TO STAY**

Defendants Matthew Brown, in his capacity as Secretary of State for the State of Rhode Island, The Narragansett Indian Tribe and Harrah's West Warwick Investment Company, LLC (collectively, "Defendants") respectfully submit this Memorandum in support of their Motion for an Extension of Time to Respond to the Complaint Pending the Court's Decision on Defendants' Motion to Stay.

Defendants request an extension of time to respond to the First Amended Verified Complaint (the "Complaint") until a date after the Court issues its decision on Defendants' Motion to Stay the Case Pending the Results of the General Election (the "Motion to Stay") (filed contemporaneously herewith). Specifically, if the Court denies Defendants' Motion to Stay, Defendants request a deadline of two weeks after the Court issues its decision; if the Court grants Defendants' Motion to Stay, Defendants request a deadline of November 28, 2006, three weeks after the general election.

In their Motion to Stay, Defendants request the Court to stay this action until November 21, 2006, two weeks after the general election. Given that the results of the general election could render this lawsuit moot, entry of the requested stay would conserve judicial and litigant resources.

Defendants' deadline for responding to the Complaint is September 22, 2006. Consistent with the purposes underlying their Motion to Stay, Defendants request this Court to extend the current deadline for responding to the Complaint to a date after the Court's decision on Defendants' Motion to Stay. Such an extension would prevent Defendants from expending potentially unnecessary time and resources responding to the Complaint.

## CONCLUSION

For the aforementioned reasons, Defendants respectfully request this Court for an extension of time to respond to the Complaint until a date after the Court issues its decision on Defendants' Motion to Stay. Specifically, if the Court denies Defendants' Motion to Stay, Defendants request a deadline of two weeks after the Court issues its decision; if the Court grants Defendants' Motion to Stay, Defendants request a deadline of November 28, 2006, three weeks after the general election.

Respectfully submitted,

MATTHEW BROWN, in his capacity as
Secretary of State of the State of Rhode Island
By his Attorneys:

*/s/ Joseph Avanzato*
JOSEPH AVANZATO #4774
javanzato@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604

HARRAH'S WEST WARWICK
INVESTMENT COMPANY, LLC
By its Attorneys:

*/s/ Lauren E. Jones*
LAUREN E. JONES #2141
ljones@appeallaw.com
JONES ASSOCIATES
72 South Main Street
Providence, RI 02903
Tel: (401) 274-4446
Fax: (401) 274-2805

THE NARRAGANSETT INDIAN TRIBE
By its Attorney:

*/s/ John F. Killoy, Jr.*
JOHN F. KILLOY, JR. #3761
j.killoy@verizon.net
74 Main Street
Wakefield, RI 02879
Tel: (401) 783-6840
Fax: (401) 782-2490

Date: September 18, 2006

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 18, 2006, I sent a true copy of the within Memorandum in Support of Defendants' Motion for an Extension of Time to Respond to the Complaint Pending the Court's Decision on Defendants' Motion to Stay by electronic means (ECF) to the following:

Preston W. Halperin, Esq.
phalperin@shslawri.com
Douglas A. Giron, Esq.
dgiron@shslawri.com
Schectman Halperin Savage, LLP
1080 Main Street
Pawtucket, RI 02860.

*/s/ Joseph Avanzato*

*393411_1*