UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

AJAX GAMING VENTURES, LLC, et al.,

Plaintiffs

v. C.A. No. 06-336S

MATTHEW BROWN, in his capacity as Secretary of State for the State of Rhode Island, et al.,

Defendants.

**DEFENDANTS' MOTION TO EXPEDITE**

Defendants Matthew Brown, in his capacity as Secretary of State for the State of Rhode Island, The Narragansett Indian Tribe and Harrah's West Warwick Investment Company, LLC (collectively, "Defendants") hereby move this Court to expedite its consideration of Defendants' Motion for an Extension of Time to Respond to the Complaint Pending the Court's Decision on Defendants' Motion to Stay (the "Motion to Extend").

Contemporaneous with the filing of this Motion to Expedite, Defendants filed two other motions: (1) Defendants' Motion to Stay the Case Pending the Results of the General Election (the "Motion to Stay"); and (2) Defendants' Motion to Extend. In their Motion to Stay, Defendants request the Court to stay this action until November 21, 2006, two weeks after the general election. Given that the results of the general election could render this lawsuit moot, entry of the requested stay would conserve judicial and litigant resources.

Defendants' deadline for responding to the First Amended Verified Complaint is September 22, 2006. In their Motion to Extend, Defendants request this Court to extend that deadline to a date after the Court issues its decision on Defendants' Motion to Stay. However, given the imminence of that deadline, Defendants respectfully request this Court to expedite its consideration of Defendants' Motion to Extend and to grant that motion prior to September 22, 2006.

This Motion is based on the accompanying Memorandum.

Respectfully submitted,

MATTHEW BROWN, in his capacity as
Secretary of State of the State of Rhode Island
By his Attorneys:

*/s/ Joseph Avanzato*
JOSEPH AVANZATO #4774
javanzato@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604

HARRAH'S WEST WARWICK
INVESTMENT COMPANY, LLC
By its Attorneys:

*/s/ Lauren E. Jones*
LAUREN E. JONES #2141
ljones@appeallaw.com
JONES ASSOCIATES
72 South Main Street
Providence, RI 02903
Tel: (401) 274-4446
Fax: (401) 274-2805

THE NARRAGANSETT INDIAN TRIBE
By its Attorney:

*/s/ John F. Killoy, Jr.*
JOHN F. KILLOY, JR. #3761
j.killoy@verizon.net
74 Main Street
Wakefield, RI 02879
Tel: (401) 783-6840
Fax: (401) 782-2490

Date: September 18, 2006

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 18, 2006, I sent a true copy of the within Defendants' Motion to Expedite by electronic means (ECF) to the following:

Preston W. Halperin, Esq.
phalperin@shslawri.com
Douglas A. Giron, Esq.
dgiron@shslawri.com
Schectman Halperin Savage, LLP
1080 Main Street
Pawtucket, RI 02860.

*/s/ Joseph Avanzato*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AJAX GAMING VENTURES, LLC, et al., | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | C.A. No. 06-336S |
| | : | |
| MATTHEW BROWN, in his capacity as Secretary of State for the State of Rhode Island, et al., | : | |
| | : | |
| Defendants. | : | |

**MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO EXPEDITE**

Defendants Matthew Brown, in his capacity as Secretary of State for the State of Rhode Island, The Narragansett Indian Tribe and Harrah's West Warwick Investment Company, LLC (collectively, "Defendants") respectfully submit this Memorandum in support of their Motion to Expedite.

Contemporaneous with the filing of their Motion to Expedite, Defendants filed two other motions: (1) Defendants' Motion to Stay the Case Pending the Results of the General Election (the "Motion to Stay"); and (2) Defendants' Motion for an Extension of Time to Respond to the Complaint Pending the Court's Decision on Defendants' Motion to Stay (the "Motion to Extend").

In their Motion to Stay, Defendants request the Court to stay this action until November 21, 2006, two weeks after the general election. Given that the results of the general election could render this lawsuit moot, entry of the requested stay would conserve judicial and litigant resources.

Consistent with the purposes underlying the Motion to Stay, Defendants also filed their Motion to Extend, in which Defendants request this Court to extend the current deadline for responding to the First Amended Verified Complaint (the "Complaint"), September 22, 2006, to a date after the Court issues a decision on Defendants' Motion to Stay. Such an extension would prevent Defendants from expending potentially unnecessary time and resources responding to the Complaint.

However, Defendants' deadline for responding to the Complaint is less than one week away. Therefore, Defendants respectfully request this Court to expedite its consideration of Defendants' Motion to Extend and to grant that motion prior to September 22, 2006. Absent expeditious consideration of the Motion to Extend, the Court's decision on that motion might not be issued prior to September 22, 2006, which would result in Defendants filing potentially unnecessary responses to the Complaint.

## CONCLUSION

For the aforementioned reasons, Defendants respectfully request this Court to grant their Motion to Expedite and to grant their Motion to Extend prior to September 22, 2006.

Respectfully submitted,

MATTHEW BROWN, in his capacity as
Secretary of State of the State of Rhode Island
By his Attorneys:

*/s/ Joseph Avanzato*
JOSEPH AVANZATO #4774
javanzato@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604

HARRAH'S WEST WARWICK
INVESTMENT COMPANY, LLC
By its Attorneys:

*/s/ Lauren E. Jones*
LAUREN E. JONES #2141
ljones@appeallaw.com
JONES ASSOCIATES
72 South Main Street
Providence, RI 02903
Tel: (401) 274-4446
Fax: (401) 274-2805

THE NARRAGANSETT INDIAN TRIBE
By its Attorney:

*/s/ John F. Killoy, Jr.*
JOHN F. KILLOY, JR. #3761
j.killoy@verizon.net
74 Main Street
Wakefield, RI 02879
Tel: (401) 783-6840
Fax: (401) 782-2490

Date: September 18, 2006

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September __, 2006, I sent a true copy of the within Memorandum in Support of Defendants' Motion to Expedite by electronic means (ECF) to the following:

Preston W. Halperin, Esq.
phalperin@shslawri.com
Douglas A. Giron, Esq.
dgiron@shslawri.com
Schectman Halperin Savage, LLP
1080 Main Street
Pawtucket, RI 02860.

*/s/ Joseph Avanzato*

*393454_1*