UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

AJAX GAMING VENTURES, LLC, et al. :
Plaintiffs :
:
vs. : 06-cv-336-S
:
MATTHEW BROWN, etc, et al. :
Defendants :

## CORPORATE DISCLOSURE STATEMENT OF HARRAH'S WEST WARWICK INVESTMENT COMPANY, LLC

Pursuant to Fed. R. Civ. Pro. 7.1(a), Harrah's West Warwick Investment Company, LLC, makes the following disclosures:

1. Harrah's West Warwick Investment Company, LLC, has one member — Harrah's Operating Company, Inc., a Delaware corporation, which is a wholly-owned subsidiary of Harrah's Entertainment, Inc., a Delaware corporation.
2. Harrah's Entertainment, Inc., is a publicly-traded corporation. Currently, there is no individual or entity that owns 10% or more of Harrah's Entertainment, Inc., common stock.

Harrah's West Warwick Investment
Company, LLC,

By its attorneys,

**JONES ASSOCIATES**
72 South Main Street
Providence, RI 02903
Tel : (401) 274-4446
Fax: (401) 274-2805

*/s/ Lauren E. Jones*
Lauren E. Jones # 2141
*ljones@appeallaw.com*

**CERTIFICATION**

On September 19, 2006, I caused a true copy of the foregoing document to be filed electronically; it is available for viewing and downloading from the ECF system. Counsel for all parties to the action, listed below, have been served electronically through the ECF system.

*/s/ Lauren E. Jones*

Preston W. Halperin, Esq.
**Shectman Halperin Savage, LLP**
1080 Main Street
Pawtucket, RI 02860

Joseph Avanzato, Esq.
**Adler Pollock & Sheehan PC**
800 One Citizens Plaza
Providence, RI 02903-1345

**John F. Killoy, Jr., Esq.**
74 Main Street
Wakefield, RI 02879